■ In the Matter of LUCERO SANABRIA, Appellant, v GABRIEL MEDINA, Respondent. [892 NYS2d 791]

The Family Court properly denied the mother's objections to the Support Magistrate's order dated April 9, 2008, denying the mother's motion to vacate a money judgment dated January 23, 2002, entered upon her default in appearing, since the motion was not properly docketed (*see* 22 NYCRR 205.7 [d]). The Family Court properly gave the mother leave to refile the motion to vacate the judgment under the correct docket number (*see* 22 NYCRR 205.7 [b]).

The Family Court properly denied, as untimely, the mother's objections to the Support Magistrate's order dated July 11, 2008, because the objections were not filed within 35 days of the

court's mailing of that order (*see Matter of Hodges v Hodges*, 40 AD3d 639 [2007]; *Matter of Herman v Herman*, 11 AD3d 536 [2004]; Family Ct Act § 439 [e]). Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.